IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DYSON TECHNOLOGY LIMITED,<br><br>      Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,",<br><br>      Defendants. | Case No. 24-cv-00436<br><br>**Judge John Robert Blakey**<br><br>**Magistrate Judge Keri L. Holleb Hotaling** |

## DECLARATION OF SERVICE

I, Andrew D. Burnham, of the City of Chicago, in the State of Illinois, declare as follows:

1. I am an attorney at law, duly admitted to practice before the Courts of the State of Illinois and the United States District Court for the Northern District of Illinois. I am one of the attorneys for Plaintiff Dyson Technology Limited ("Dyson" or "Plaintiff"). Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify as follows:

2. On January 30, 2024, this Court entered an Order [23] permitting Plaintiff to complete service of process to Defendants pursuant to Federal Rule of Civil Procedure 4(f)(3) by electronically publishing a link to the Complaint, TRO and relevant documents on a website and by sending an e-mail to the e-mail addresses identified in Exhibit 2 to the Declaration of Giles Samuel Lane and any email addresses provided for Defendants by third parties that includes a link to said website.

1

3. I hereby certify that on February 15, 2024, I or somebody under my discretion electronically published the Complaint, TRO, Summons and other relevant documents on a website.

4. I hereby certify that on February 15, 2024, I or somebody under my discretion sent an e-mail to the e-mail addresses identified in Exhibit A hereto that includes a link to said website.

5. The completed Return of Service form is attached hereto.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 15th day of February 2024, at Chicago, Illinois.

/s/ Andrew D. Burnham
Andrew D. Burnham
GREER, BURNS & CRAIN, LTD.
300 S. Wacker Drive, Suite 2500
Chicago, Illinois 60606
Telephone: 312-360-0080
aburnham@gbc.law

Counsel for Plaintiff Dyson Technology Limited