## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| Dyson Technology Limited, ) | Case Number: 24-cv-00436 |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Honorable John Robert Blakey |
| ) | |
| The Partnerships and Unincorporated ) | |
| Associations Identified on Schedule A, ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF MOTION

Please take notice that on Wednesday, April 24, 2024, Defendants 2 ASUNCELL, 39 adapbat, 40 akku-mall2016, 42 chocolate_chip_part, 43 energy-up-2020, 45 one_more_battery, and 47 premiumbattery2021, through the undersigned counsel, shall appear before the Honorable John Robert Blakey in Courtroom 1203 at 11:00 a.m. at the U.S. District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, and present Defendants' Motion for Extension of Time To Answer or Otherwise Plead.

April 18, 2024          Respectfully submitted,

s/ Christopher Keleher

Christopher Keleher
The Keleher Appellate Law Group, LLC

1 East Erie St., Suite 525
Chicago, IL 60611
312-448-8491
ckeleher@appellatelawgroup.com

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies on April 18, 2024 that a true and correct copy of the foregoing document was filed electronically with the Clerk of the Court and served on all counsel of record.

Respectfully submitted,

s/ Christopher Keleher

Christopher Keleher
The Keleher Appellate Law Group, LLC
1 East Erie St., Suite 525
Chicago, IL 60611
312-448-8491
ckeleher@appellatelawgroup.com